UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In Re: DMCA SUBPOENA TO CLOUDFLARE, INC., Service Provider. | Case No.: DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC. |
| --- | --- |

DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC. - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, Katsuhisa Aoyagi, hereby declare as follows:

1. I am the President of WILL Co. Ltd. (hereinafter, "WILL") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of WILL's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), relating to the posting of WILL's copyrighted material on the domain, Share-Videos.se, a webpage hosted by Cloudflare.

3. I have personal knowledge of the copyrights owned by WILL and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that WILL's copyrighted works have been posted without WILL authorization to Share-Videos.se.

4. On October 15, 2020, authorized agent for WILL Kenichi Yamaki issued and served a copyright infringement notification on Cloudflare's DMCA Agent relating to posts on Share-Videos.se. Pursuant to Section 512(c)(3)(A), the notification was properly signed by WILL's agent, identified the copyrighted material being infringed, set forth a listing of the 12 URLs containing posts of infringing material, confirmed that such use of WILL's copyrighted works was not authorized by WILL, and gave contact information such that the DMCA Agent could reach him with questions. A true and correct copy of the October 15, 2020 notification is attached as Exhibit A.

5. The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from WILL, posted material to the webpage Share-Videos.se, which infringed copyrights held by WILL. The information received as a result of the Subpoena will only be used by WILL to protect its rights under Title 17 of the United States Code.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29th day of October, 2020, at Tokyo, Japan.

Katsuhisa Aoyagi

KATSUHISA AOYAGI

DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC. - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

## Copies of Notifications Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc.

 Gmail will jp[redacted]

## Copyright Infringement Notice, Please React Ref ID:[HL5F88331F.EC728-2c7f-0f6c1] Contains 12 links

1 message

**legal@[redacted]** Thu, Oct 15, 2020 at 6:36 AM
To: abuse@cloudflare.com
Cc: legal[redacted]

Re: Infringing content hosted on your servers.
Number of Violations: 12
Ref: HL5F882F95.2A804-2c7f-0f6c1

Dear File Hosting Service,

The links attached below are infringing our content rights:

Owner: WILL Co., Ltd.
Address: Takehara Building 2F, 3-15-20 Roppongi, Minato-ku, Tokyo, 106-0032, Japan
Tel: +81-3-[redacted]
WebSite: http://www.will-hp.jp/
Email: protect@[redacted]

Please investigate the matter.

WILL Co., Ltd. and/or its affiliated companies (collectively "WILL") are the exclusive owners of copyrights or distribution rights in motion pictures ("WILL Property"). WILL swears under the penalty of perjury that we are the owner of the content and copyright listed below. Distribution of such content is only permitted through our official website or via an express written licensing agreement. Any other form or outlet of distribution of such content is illegal and constitutes copyright infringement. Original works owned by WILL can be seen at https://www.dmm.co.jp/.

The undersigned has a good faith belief that use of WILL Property in the manner described herein is not authorized by WILL or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of WILL with respect to this matter. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the infringing content that is on your system.

Please be advised that this letter is not and is not intended to be a complete statement of the facts or law as they may pertain to this matter or of WILL's positions, rights or remedies, legal or equitable, all of which are expressly reserved.

We appreciate your immediate attention to this important matter.

Sincerely,

Kenichi Yamaki
Legal Manager, WILL Co., Ltd.
Phone: +81-3-[redacted]
Email: protect@[redacted]

2020-10-15 13:16:37

<----Important Notice---->
Your use and access to content of this communication is strictly subjected to compliance with the terms and disclaimers expressed henceforth.

CONFIDENTIALITY: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify your system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. The information disclosed in this letter is confidential and is solely intended only for the receipt and must not be shared with anyone else through any means including republication on the web.

CONTENT INTEGRITY: E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Under any circumstances a printed hard-copy signed or sealed by WILL Co., Ltd. will always

prevail over the electronic version.

<——List of Links————>

Link: http://share-videos.se/auto/video/61938397/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad963/

Link: https://embed.share-videos.se/auto/embed/65947579?uid=3772
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide430/

Link: http://share-videos.se/auto/video/55009049/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad963/

Link: http://share-videos.se/auto/video/47313231/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=wanz562/

Link: http://share-videos.se/auto/video/48275542/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad963/

Link: http://share-videos.se/auto/video/36774430/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ssni117

Link: http://share-videos.se/auto/video/50773816/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ssni117

Link: http://share-videos.se/auto/video/49086821/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=wanz562/

Link: http://share-videos.se/auto/video/49219950/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=wanz562/

Link: http://share-videos.se/auto/video/49376042/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad963/

Link: http://share-videos.se/auto/video/49408644/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad963/

Link: http://share-videos.se/auto/video/49412173/?uid=13
URL: http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=wanz562/